**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Carlen Linett Davis,                )<br>                                            )<br>            Plaintiff,              )<br>                                            )<br>vs.                                       )<br>                                            )<br>Equifax Information Services, LLC,   )<br>                                            )<br>            Defendant.             ) | Case No. 2:17-cv-02357-JAR-JPO |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Carlen Linett Davis and herewith advises the Court that the parties have reached a settlement in the above referenced matter, and requests that any deadlines in this matter be stayed for settlement until the parties can prepare and file a Stipulation of Dismissal.

Respectfully submitted,

/s/ Chelsea S. Springer
Chelsea S. Springer #20522
The Law Offices of Tracy L. Robinson, LC
818 Grand Boulevard, Suite 505
Kansas City, MO  64106
Phone:  (816) 842-1317
Fax:     (816) 842-0315
chelseas@tlrlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

This certifies that on this 17th day of July, 2017, the foregoing was filed with the Court via the Electronic Case Filing System.

/s/ Chelsea S. Springer
Attorney for Plaintiff